# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LEE CANTERBURY,
              Appellant,
          vs.
UNITED STATES MARSHAL SERVICE;
UNITED STATES MARSHAL
CARPENTER; AND HEALTH CARE
UNIT PHYSICIAN OR CONTRACT
PHYSICIAN, DR. RUBEN SAAVEDRA,
              Respondents.

No. 76604

FILED

SEP 07 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY.____S. Young____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for the appointment of counsel. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion for the

18-35010

appointment of counsel. We conclude that we lack jurisdiction, and we therefore

ORDER this appeal DISMISSED.[1]

_____ *Pickering* , J.
Pickering

_____ J.       _____ , J.
Gibbons                        Hardesty


cc:    Hon. Kimberly A. Wanker, District Judge
       Richard Lee Canterbury
       Ruben Saavedra
       United States Marshal Carpenter
       Nye County Clerk

---

[1]We take no action on the motion filed September 6, 2018.

SUPREME COURT
OF
NEVADA

(O) 1947A